**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MONEC HOLDING AG, § § Plaintiff/Counterclaim Defendant, § § v. § § APPLE INC., § § Defendant/Counterclaim Plaintiff § § | Civil Action No.  1:09-CV-312 (LMB/JFA) |

**NOTICE AND MOTION OF DEFENDANT APPLE INC. FOR
JUDGMENT ON THE PLEADINGS OR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE, TO TRANSFER UNDER 28 U.S.C. § 1404**

Please take notice that, on Friday, July 10, 2009, 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Apple Inc. will move this Court for judgment on the pleadings or summary judgment, or in the alternative, to transfer this case pursuant to 28 U.S.C. § 1404 to the U.S. District Court for the Northern District of California, for the reasons set forth in the accompanying Memorandum and the exhibits attached thereto.

va-274837

Dated: June 19, 2009

*Of Counsel:*

Michael A. Jacobs
*mjacobs@mofo.com*
Richard S.J. Hung
*rhung@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

By:           /s/
John P. Corrado (VSB #20247)
*jcorrado@mofo.com*
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., N.W., Suite 6000
Washington, DC 20006-1888
Telephone:   (202) 887-1500
Facsimile:    (202) 887-0763

Michael E. Anderson (VSB #45145)
*manderson@mofo.com*
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 300
McLean, Virginia  22102
Telephone:   (703) 760-7700
Facsimile:    (703) 760-7777

*Attorneys for Defendant Apple Inc.*

va-274837

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2009, I will electronically file the foregoing NOTICE AND MOTION OF DEFENDANT APPLE INC. FOR JUDGMENT ON THE PLEADINGS OR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, TO CASE UNDER 28 U.S.C. § 1404 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Joseph D. Wilson, III, Esq.
> KELLEY DRYE & WARREN LLP
> Washington Harbour, Suite 400
> 3050 K Street, NW
> Washington, DC 20007
>
> Steven J. Moore, Esq.
> Delphine W. Knight Brown, Esq.
> KELLEY DRYE & WARREN LLP
> 400 Atlantic Street
> Stamford, Connecticut 06901
>
> *Counsel for Monec Holding AG*

I also certify that I will send these documents via email and UPS Overnight Mail to the following:

> Joseph Wilson, III, Esq.
> KELLEY DRYE & WARREN LLP
> Washington Harbour, Suite 400
> 3050 K Street, NW
> Washington, DC 20007
>
> Steven J. Moore, Esq.
> Delphine W. Knight Brown, Esq.
> KELLEY DRYE & WARREN LLP
> 400 Atlantic Street
> Stamford, Connecticut 06901
>
> *Counsel for Monec Holding AG*

va-274837

/s/
John P. Corrado (VSB# 20247)
*jcorrado@mofo.com*
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:   (202) 887-1500
Facsimile:   (202) 887-0763

*Counsel for Defendant Apple Inc.*

va-274837